

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-24-00411-CR

**IN RE WILLIE OTIS HARRIS**

**Original Proceeding**

**From the 443rd District Court**
**Ellis County, Texas**

**MEMORANDUM OPINION**

The Petition for Writ of Mandamus, filed on December 31, 2024, by Relator Willie

Otis Harris, is denied.

STEVE SMITH
Justice

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
Opinion issued and filed January 30, 2025
Do not publish
[OT06]

